CDLG, PC
Tony Cara, Esq., SBN 170720
2973 Harbor Boulevard, Suite 594
Costa Mesa, CA 92626-3912
Phone: (888) 615-6765
Fax: (888) 660-8874
Litigation.CDLG@gmail.com

Attorney for Plaintiff,
BARBARA CASSIDY, AS SUCCESSOR IN INTEREST TO WARREN CASSIDY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BARBARA CASSIDY, AS SUCCESSOR IN INTEREST TO WARREN CASSIDY,<br><br>Plaintiff,<br><br>v.<br><br><br>FREEDOM MORTGAGE CORPORATION, and DOES 1-10,<br><br>Defendants. | CASE NO. 5:25-cv-00563-KK-SHK<br><br>*Hon. Kenly Kiya Kato*<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSELS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff, BARBARA CASSIDY, AS SUCCESSOR IN INTEREST TO WARREN CASSIDY (hereinafter, "Plaintiff") by and

through her counsel hereby submits this notice to notify the Court that she has come to a settlement agreement with the Defendant in this matter.

A final dismissal notice of the case will be forthcoming once it is finalized.

DATED: June 17, 2025                               **CDLG, PC**

                                        BY:   /s/ Tony Cara
                                              TONY CARA, ESQ.
                                              Attorney for Plaintiff,
                                              BARBARA CASSIDY, AS SUCCESSOR
                                              IN INTEREST TO WARREN CASSIDY