**McGLINCHEY STAFFORD**
Thomas S. Van (SBN 209632)
2050 Main Street, Suite 550
Irvine, California 92614
Telephone: (949) 381-5900
Facsimile: (949) 271-4040
Email: tvan@mcglinchey.com

Attorneys for *Defendant* **FREEDOM MORTGAGE CORPORATION**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BARBARA CASSIDY, as Successor in Interest to Warren Cassidy,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREEDOM MORTGAGE CORPORATION, and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 5:25-cv-00563-KK-SHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[*FRCP 41(a)(1)*] |

**IT IS HEREBY STIPULATED** by and between Plaintiff Barbara Cassidy, as Successor in Interest to Warren Cassidy ("Plaintiff") and Defendant Freedom Mortgage Corporation ("Freedom") (collectively with Plaintiff the "Parties"), through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Plaintiff and Freedom have settled the above-captioned matter and seek a full and final dismissal of all claims, with prejudice. The Parties will bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

---

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**

27453384.1

| | | |
|---|---|---|
| 1 | DATED: __June 27, 2025 | **CDLG, PC** |
| 2 | | By: __/s/____Tony Cara_____ |
| 3 | | TONY CARA, ESQ.<br>Attorneys for *Plaintiff* Barbara Cassidy, as Successor in Interest to Warren Cassidy |
| 6 | DATED: __July 8, 2025 | **McGLINCHEY STAFFORD** |
| 7 | | By: __/s/ Thomas S. Van_____ |
| 8 | | THOMAS S. VAN, ESQ.<br>Attorneys for *Defendant* Freedom Mortgage Corporation |

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that he obtained concurrence in the filing of this document from the other signatories.

Dated: July 8, 2025            */s/ Thomas S. Van*
                                               THOMAS S. VAN

---

2

**STIPULATION OF DISMISSAL WITH PREJUDICE**

27453384.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF ORANGE** )

I, Peter Tran, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2050 Main Street, Suite 550, Irvine, California 92614.

On July 8, 2025, I served the documents described as **STIPULATION OF DISMISSAL WITH PREJUDICE** as follows:

☐ **BY MAIL**: As follows:

☐ **FEDERAL** – I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid.

☐ **BY OVERNIGHT COURIER SERVICE as follows:** I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY EMAIL SERVICE as follows:** By email or electronic transmission: Based on any agreement between the parties and/or as a courtesy, I sent the document(s) to the person(s) at the email address(es) listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on July 8, 2025, at Irvine, California

_____

Peter Tran

27453384.1

**SERVICE LIST**
**USDC, Central District Case No 5:25-cv-00563-KK-SHK**
**CASSIDY v. FREEDOM MORTGAGE CORPORATION, al.**
**File # 105194.0230**

| | |
|---|---|
| Tony Cara<br>CDLG, PC<br>2973 Harbor Blvd., Suite 594<br>Costa Mesa, CA 92626 | Attorneys for *Plaintiff* **BARABA CASSIDY, as Successor in Interest to Warren Cassidy**<br><br>Tel.: (888) 615-6765<br>Fax: (888) 660-8874<br>Email: litigation.cdlg@gmail.com |

27453384.1